Index # 11-00280(Kam)(Clp)

Attorney(s):     Purchased/Filed: February 14, 2011

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Eastern Dist. County |
|---|---|---|

Mike Costello,

Plaintiff

against

Hai Sun Chinese Restaurant NY Inc. and 651 Realty, NY, LLC,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

_____Paula Cole_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 17, 2011, at 2:50 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Amended Summons in a Civil Action & Amended Complaint

on _____651 Realty, NY, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

17th day of February, 2011

*[signature]*
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2015

*[signature: Paula Cole]*

Paula Cole

**Invoice•Work Order #** 1102672