UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIKE COSTELLO,

                Plaintiff,         CLERK'S NOTATION
                                        OF DEFAULT
                                        11-CV- 0280 (KAM)

-against-

HAI SUN CHINESE RESTAURANT
NY INC., a New York Corporation,
d/b/a HAI SUN RESTAURANT,
651 REALTY, LLC, a New York
limited liability company,


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 11 2011 ★
BROOKLYN OFFICE

                Defendants.
-----------------------------------------------------------------X

      I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, HAI SUN CHINESE RESTAURANT NY INC. d/b/a HAI SUN RESTAURANT, was served with a copy of the Summons and Complaint on January 26, 2011, by delivering a copy of the Summons and Complaint to Chad Mattice, Authorized Agent in the Office of the Secretary of the State of New York.

      I further certify that a review of the court file and docket entries indicates that defendant, HAI SUN CHINESE RESTAURANT NY INC. d/b/a HAI SUN RESTAURANT, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

      The default of defendant, HAI SUN CHINESE RESTAURANT NY INC. d/b/a HAI SUN RESTAURANT, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         April 11, 2011

                                              ROBERT C. HEINEMANN
                                              Clerk of Court

                                        by: *Janet Hamilton*
                                              Deputy Clerk