LAW OFFICE OF ADAM SHORE
100 Park Avenue, Suite 1600
New York, New York 10017

CASE MATTER:   11 Civ. 0280 (KAM) (CLP)

| DATE | DESCRIPTION | MINUTE/HOUR | AMOUNT |
|---|---|---|---|
| 2010 | Phone conversation with client regarding matter | .3 | |
| 2010 | Initial meeting with Mike Costello regarding case and inspection of facility | 3.3 | |
| 10/2010 | Phone conversation with co-counsel | .3 | |
| 10/2010 | Research regarding owner of property | 1.0 | |
| 10/2010 | Research regarding owner of company | 1.2 | |
| 10/2010 | Research on alterations and/or modifications to property | 1.4 | |
| 10/2010 | Drafted retainer agreement | .5 | |
| 10/2010 | Mailed retainer agreements to Plaintiff | .1 | |
| 10/2010 | Email to co-counsel regarding case | .2 | |
| 11/2010 | Research on the Americans with Disabilities Act in preparation of drafting complaint | 1.6 | |
| 1/2011 | Phone conversation and email to co-counsel regarding case | .3 | |
| 1/2011 | Complaint drafted by co-counsel | 1.5 | |
| 1/2011 | Interrogatories and Request for Production of documents drafted by co-counsel's office | 2.0 | |
| 1/2011 | Review and editing of complaint | 1.0 | |
| 1/2011 | Drafted Summons and Civil Cover Sheet | .6 | |
| 1/2011 | Filed Civil Cover Sheet, Summons and Complaint with Court | .5 | |
| 1/2011 | Phone conversation with co-counsel regarding case | .2 | |
| 1/2011 | Prepared copies of Summons, Complaint, Rulings and Instructions, and Individual Practices to serve the defendants | 1.0 | |
| 1/2011 | Drafted letter to Process Server regarding service of | .5 | |

1

|  |  |  |
|---|---|---|
|  | process upon the defendants, and prepared checks for service of process for process server |  |
| 2/2/11 | Phone conversation with principals from incorrectly sued Defendant landlord, Michael Rothstein | .3 |
| 2/2/11 | Research on correct owner/landlord of property at issue | .5 |
| 2/3/11 | Drafted Amended Complaint | .6 |
| 2/4/11 | Phone conversation with defendant Martin Rothstein | .2 |
| 2/7/11 | Filed Amended Complaint on ECF | .2 |
| 2/7/11 | Preparation of Summons | .2 |
| 2/9/11 | Phone conversation with Martin Rothstein | .2 |
| 2/10/11 | Receipt and review of letter from counsel for defendant re incorrect party | .3 |
| 2/11/11 | Phone call to counsel for defendants office, no answer | .1 |
| 2/11/11 | Faxed amended complaint to counsel for defendant | .2 |
| 2/14/11 | Filed Summons with Court | .2 |
| 4/5/11 | Receipt and review of letter from insurance companies re Disclaiming coverage | .4 |
| 4/6/11 | Drafted Motion for Default as to Hai Sun Chinese Restaurant, NY, INC. | .7 |
| 4/6/11 | Drafted Motion for Default as to Hai Sun Chinese Restaurant, NY, INC. | .5 |
| 4/7/11 | Filed Motions for Default on CM/ECF System | .2 |
| 4/11/11 | Receipt and review of Clerk's Entries of Default | .1 |
| 5/2/11 | Drafted Motion for Default Judgment against Hai Sun Chinese Restaurant and prepared exhibits and filed on ECF | 1.2 |
| 5/2/11 | Drafted Motion for Default Judgment against defendant 651 Realty, LLC, and prepared exhibits and filed on ECF system | 1.2 |
| 5/2/11 | Drafted letter to Judge re courtesy copy of complaint | .3 |
| 8/3/2011 | Receipt and review of inquest order | .2 |
| 9/2/11 | Phone conversation with co-counsel re motion | .2 |

| Date | Description | Hours | |
|---|---|---|---|
| 9/2/11 | Review of file | .2 | |
| 9/2/11 | Drafted Motion regarding damages, prepared exhibits and filed on CM/ECF system | 3.0 | |
| | TOTAL HOURS AND ATTORNEYS' FEES | 30.9 | $13,132.50 |

| DATE | DESCRIPTION OF MATTER EXPENSES | AMOUNT |
|---|---|---|
| 2010 | Expert Fee: | $1500 |
| 2011 | Filing Fee: | $350 |
| 2011 | Process Server Fees | $220 |
| | TOTAL EXPENSES | $2,070 |

**TOTAL ATTORNEYS' FEES, EXPENSES AND COSTS:**   **$15,202.50**