US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 5/14/12

TIME SPENT: _____

DOCKET NO. 11 CV 280

CASE: Costello v Hai Sun Chinese

___ INITIAL CONFERENCE                    ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE                  ___ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE                   ___ TELEPHONE CONFERENCE
___ MOTION HEARING                        ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED                             ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

**RULINGS:**

Case settled
Parties given 30 days to submit
Stip of Discontinuance