UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MIKE COSTELLO,

                Plaintiff,

    v.

HAI SUN CHINESE RESTAURANT
NY INC., a New York corporation,
d/b/a HAI SUN RESTAURANT,
and 651 REALTY NY, INC., a New York
corporation,

                Defendants.
--------------------------------------------------------X

Civil Action No. 1:11 Civ. 0280 (KAM)(CLP)
ECF CASE

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

    The Plaintiff, MIKE COSTELLO, and Defendants, HAI SUN CHINESE RESTAURANT NY INC., a New York corporation, and 651 REALTY NY, INC., by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. A resolution of all matters in dispute has been made pursuant to a certain Confidential Settlement Agreement. All parties shall bear their own costs, attorneys' fees, and expenses other than those specified in said Confidential Settlement Agreement and all parties agree not to file any further motions in this matter.

    Dated this 13th day of June, 2012.

Respectfully submitted,

_____
Adam T. Shore, Esq.
Law Offices of Adam Shore, PLLC
Attorney for Plaintiff
100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422

_____
Jesse E. Hamilton, Esq.
Attorney for Defendants
910 Lincoln Place
Brooklyn, New York 11213
(t) 917-553-7953
(f) 516-778-8924

**SO ORDERED:**

_____
HONORABLE KIYO A. MATSUMOTO
UNITES STATES DISTRICT JUDGE